**Gale S. NELSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 03–3273.

United States Court of Appeals,
Federal Circuit.

July 23, 2004.

Joseph E. Blandford, Jr., Louisville, KY, for Petitioner.

Christopher J. Burton, Lori J. Dym, U.S. Postal Service, James M. Kinsella, David M. Cohen, Cristina C. Ashworth, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Matthew E. SCHWARTZ, Petitioner,**

v.

**DEPARTMENT OF COMMERCE,
Respondent.**

No. 04–3346.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

Matthew E. Schwartz, Cherry Hill, NJ, pro se.

Phyllis Jo Baunach, Principal Attorney, Harold D. Lester, Jr., David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

Order Vacated, See 108 Fed.Appx. 616.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.